**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS GONZALEZ, | Case No.  15-cv-03641-BLF |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF FEBRUARY 18, 2016 HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| JOHN KRAMAR, et al., | |
| Defendants. | [Re:  ECF 24] |

Plaintiff's unopposed motion for a continuance of the hearing on Defendant's motion to dismiss is GRANTED.  The hearing previously set for February 18, 2016 is CONTINUED to March 31, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  January 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California