# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Carlos GONZALEZ,

    Plaintiff,

v.

John KRAMAR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; Jeh JOHNSON, SECRETARY OF HOMELAND SECURITY; and Loretta LYNCH, UNITED STATES ATTORNEY GENERAL,

    Defendants.

Case No. 5:15-cv-3641

**ORDER REMANDING CASE**

Pursuant to the Stipulated Motion to Remand, it is SO ORDERED. Plaintiff's petition for naturalization is remanded to United States Citizenship and Immigration Services in accordance with the parties' stipulated motion.

DATED: February 8, 2016

/s/ Beth Labson Freeman
_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

1